Unsealed on 6/8/10

~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JUN -1 AM 11:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YOSHIO ROMERO, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine <br><br> '10 MJ 1772 |

The undersigned complainant being duly sworn states:

On or about December 21, 2009, within the Southern District of California, defendant YOSHIO ROMERO did knowingly and intentionally distribute 50 grams and more, to wit: approximately 111.2 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

_____
S.A. Terry P. LaCoursiere
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June __1__, 2010.

_____
Barbara L. Major
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Terry P. LaCoursiere, being duly sworn, declare and state:

Around December 1, 2009, a DEA confidential source (CS) spoke by telephone with an individual who identified himself as "SOCHO" (later identified by the CS as Yoshio Romero (ROMERO)) who told the CS that he could supply him (CS) with any quantity of methamphetamine that the CS wanted, but that they would have to meet in person before they could do any deals. Ultimately, they agreed to meet at a shopping mall in Temecula, CA.

On December 13, 2009, the CS and ROMERO met at the shopping mall. During this meeting ROMERO said that he could sell pound quantities of methamphetamine to the CS. Following this meeting, ROMERO lead the CS to a blue Chevrolet S-10 pickup truck which had only a paper dealer placard in the license plate holder. ROMERO then removed from the passenger compartment a small baggie containing a small amount of a white crystalline substance, which he gave to the CS as a "free sample". After this meeting, the CS gave this sample to DEA, where a presumptive test was positive for methamphetamine.

Through subsequent telephone conversations, ROMERO agreed to meet the CS at North County Fair, in Escondido, CA. and sell the CS 4 ounces of methamphetamine for $4,200. When the CS arrived at North County Fair on December 21, 2009, he received a telephone call from ROMERO stating that the same blue truck that he had driven before was parked near the Sears store and the he had left the passenger door unlocked. ROMERO then told the CS to go to the truck and put the money in the center console and that the methamphetamine was in a candy box on the front seat. The CS was then told to lock the car. The CS followed these instructions and retrieved the candy box which contained approximately 113.9 grams of 97.9% pure methamphetamine. A few minutes later Romero was observed going to the blue pickup truck, using a key to gain entry and then driving off. Agents noted that it now had California license 7E75996. DMV records show Yoshio Romero, with an address of 943 Cedar St., Corona, CA as the registered owner of this vehicle.